UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:13-CR-85-GSL-PRC |
| ROLANDO LUIS DIAZ | |

**OPINION AND ORDER**

On July 2, 2025, Defendant, Rolando L. Diaz, filed a Motion to Compel the United States to produce for inspection and copying its Attorney Client file. [DE 42]. Defendant further filed a Request for Transcript of Guilty Plea and Sentencing Proceedings, along with an Affidavit of Indigency, stating that "Petitioner is currently contemplating filing a *pro se* Petition for Post-Conviction Relief in order to challenge the conviction and/or sentence entered in these proceedings." [DE 43].

On July 16, 2014, Defendant entered into a Plea Agreement with the United States in which he specifically waived his right to appeal his conviction and sentence imposed. [DE 22]. Specifically, the Plea Agreement states:

> I understand that the law gives a convicted person the right to appeal the conviction and the sentence imposed. I also understand that no one can predict the precise sentence that will be imposed, and that the Court has jurisdiction and authority to impose any sentence within the statutory maximum set for my offense(s) as set forth in this plea agreement. With this understanding and in consideration of the government's entry into this plea agreement, I expressly waive my right to appeal or to contest my conviction and all components of my sentence, or the manner in which my conviction or my sentence was determined or imposed, to any Court on any ground, including any claim of ineffective assistance of counsel unless the claimed ineffective assistance of counsel relates directly to the negotiation of this plea agreement, including any appeal under Title 18, United States Code, Section 3742 or any post-conviction proceeding, including but not limited to, a proceeding under Title 28, United States Code, Section 2255.

[DE 22, pg. 4, ¶ E].

Based upon the express language in Defendant's Plea Agreement, the Court DENIES the relief Defendant requests in both his Motion to Compel Attorney Client File [DE 42] and his Motion for Transcript of Guilty Plea and Sentencing [DE 43].

SO ORDERED.

ENTERED: August 11, 2025

/s/ GRETCHEN S. LUND
Judge
United States District Court